**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-CV-61261-ARTAU/AUGUSTIN-BIRCH**

**MAURICIO ORNELAS FRANCA,**

**Petitioner,**

**v.**

**ALINE FERNANDEZ ORNELAS,**

**Respondent.**

______________________________________/

**SUA SPONTE ORDER REQUIRING INTERPRETER CERTIFICATIONS**

THIS MATTER comes before the Court sua sponte. On or before October 2, 2026, the parties shall file a notice identifying any interpreter the party intends to use at the October 6, 2026 hearing and attaching documentation of the interpreter's certification or other applicable qualification.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29th day of September, 2026.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE