IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MAURICIO ORNELAS FRANCA | ) | |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: 0:26cv61261 |
| | ) | |
| ALINE FERNANDEZ ORNELAS | ) | |
| | ) | |
| Defendant/Respondent. | ) | |
| | ) | |

**NOTICE OF FILING IN RESPONSE TO ECF NO. 43**

Petitioner MAURICION ORNELAS FRANCA ("Petitioner"), pursuant to ECF No. 43, submit this notice of filing and states as follows:

1. Petitioner intends to use interpreter Sandra Berroca from Empire Legal Reporting.
2. Ms. Berroca's certification number is 25-00729 POR.
3. Attached hereto is Ms. Berroca's certification.

Dated: September 30, 2026.

Respectfully submitted,

*Michael B. Cohen, Esq.*

Attorney for Petitioner
Michael B. Cohen, Esq.
Fla. Bar No.: 210196
6400 North Andrews Avenue
Suite 505
Ft. Lauderdale, FL 33309
(T): 954-928-0059
(F): 954-928-0829
michael@mcohenlaw.com

# Court Interpreter Certification Board

this certifies that

*Roberta Conde Barroca*

having fulfilled the requirements of the Florida Rules for Certification and Regulation of Spoken Language Court Interpreters 14.205 is hereby designated as a CERTIFIED PORTUGUESE COURT INTERPRETER

from 7/18/2025 to 7/18/2027

in all judicial circuits of the state

Hon. J. Kevin Abdoney, Chair

Certification No. 25-00729 POR