Delete LAST Page

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Mauricio Ornelas Franca

V.

Aline Fernandez Ornelas

## EXHIBIT AND WITNESS LIST

Case Number: 0:26-CV-61261-ARTAU/AUGUS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Panayotta Augustin-Birch | Michael Bruce Cohen | Andrea Carvalho Passarini |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 6, 2026 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | R-1 | | | | Copy of the biographic page of Respondent's passport |
| | R-2 | | | | Copy of the biographic page of minor child's passport |
| | R-3 | | | | Copy of Respondent's visa |
| | R-4 | | | | Copy of the minor child's visa |
| | R-5 | | | | Copy of the minor child's visa – English Translation |
| | R-6 | | | | Travel Authorization executed by Petitioner before a Brazilian notary (Cartório) – English Translatio |
| | R-7 | | | | Brazilian Family Court Decision of July 31, 2026 - Apostilled |
| | R-8 | | | | Brazilian Family Court Decision of July 31, 2026 – English Translation |
| | R-9 | | | | Petitoner's Brazilian action No. 1095017-63.2025 dismissal |
| | R-10 | | | | Declaration of Laila Barbosa, Esq., on Brazilian law |
| | R-11 | | | | USCIS Form I-797A Approval Notice – Respondent |
| | R-12 | | | | USCIS Form I-797A Approval Notice – Minor Child |
| | R-13 | | | | USCIS Form I-797C Notice of Action - Respondent |
| | R-14 | | | | USCIS Form I-797C Notice of Action – Minor Child |
| | R-15 | | | | Airline Tickets and Itinerary - Petitioner |
| | R-16 | | | | School Enrollment and Attendance Records of minor child |
| | R-17 | | | | Clinical Report of Mabel Castro, LCSW |
| | R-18 | | | | Screenshot of Petitioner's WhatsApp contact card (+55 31 8777-0630) |
| | R-19 | | | | WhatsApp Messages between Petitioner and Respondent, 2023–2025 - Original POR |
| | R-20 | | | | WhatsApp Messages between Petitioner and Respondent, 2023–2025 - ENG Translated |
| | R-21 | | | | Audio Recording dated March 25, 2025 – Petitioner Strategy to Move to U.S. |
| | R-22 | | | | Transcript of Audio Recording dated March 2025, 2025 – Petitioner Strategy to Move to U.S. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Mauricio Ornelas Franca | vs. | Aline Fernandez Ornelas | CASE NO. 0:26-CV-61261-ARTAU/AUGUSTIN-E |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | R-23 | | | | Video 1- Petitioner throwing Respondent's Clothes |
| | R-24 | | | | Video 2 – Petitioner throwing Respondent's Items |
| | | | | | All of Petitioner's Exhibits |
| | | | | | Any exhibit necessary for rebuttal or impeachment |
| | | | | | Petitioner |
| | | | | | Respondent |
| | | | | | Gustavo Fernandez Alves, Respondent's Adult Son |
| | | | | | Neucílio Pereira Silva, Respondent's Brother |
| | | | | | Mabel Castro, LCSW, Respondent's Mental Health Counselor |
| | | | | | Thiago Mattos Borges, Attorney Licensed in Brazil |
| | | | | | All of Petitioner's witnesses |
| | | | | | Any witness necessary for rebuttal or impeachment |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



To delete this page return to the top of the first page and click the "Delete LAST Page" button.

New Page

Print Save As... Export as FDF Retrieve FDF File Reset