**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| MAURICIO ORNELAS FRANCA<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>ALINE FERNANDEZ ORNELAS<br><br>Defendant/Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO.: 0:26-cv-61261-EA |

## RESPONDENT'S SECOND AMENDED WITNESS AND EXHIBIT LIST

Respondent, ALINE FERNANDEZ ORNELAS ("Respondent"), by and through undersigned counsel, hereby files her Local Rule 16.1 Disclosures.

Respondent reserves the right to amend this list if necessary, during the pendency of these proceedings, and will furnish any additional information and amendments to opposing counsel accordingly.

## WITNESS LIST

1. Petitioner
2. Respondent
2. Gustavo Fernandes Alves
   Address: 1101 Crystal Lake, Pompano Beach, FL 33064
3. Neucílio Pereira Silva
   Address: 1061 NW 45th Street, Apt. 4, Deerfield Beach, FL 33064
4. Mabel Castro, LCSW
   Address: Meraki Clinical Group, 4000 Hollywood Blvd, Suite 555-S, Hollywood, FL 33021
5. Thiago Mattos Borges
   Address: c/o Passarini Law, PLLC, 17 SE 24th Ave., Pompano Beach, FL 33062
6. All of Petitioner's witnesses

7. Any witness necessary for rebuttal or impeachment

**EXHIBIT LIST**

1. Copy of the biographic page of Respondent’s passport
2. Copy of the biographic page of minor child’s passport
3. Copy of Respondent’s visa
4. Copy of the minor child’s visa
5. Copy of the minor child’s visa – English Translation
6. Travel Authorization executed by Petitioner before a Brazilian notary (Cartório) – English Translation
7. Brazilian Family Court Decision of July 31, 2026 - Apostilled
8. Brazilian Family Court Decision of July 31, 2026 – English Translation
9. Petitioner's Brazilian action No. 1095017-63.2025 dismissal
10. Declaration of Laila Barbosa, Esq., on Brazilian law
11. USCIS Form I-797A Approval Notice – Respondent
12. USCIS Form I-797A Approval Notice – Minor Child
13. USCIS Form I-797C Notice of Action - Respondent
14. USCIS Form I-797C Notice of Action – Minor Child
15. Airline Tickets and Itinerary - Petitioner
16. School Documents of minor child
17. Clinical Report of Mabel Castro, LCSW
18. Screenshot of Petitioner's WhatsApp contact card (+55 31 8777-0630)
19. WhatsApp Messages between Petitioner and Respondent 2023-2025 – Original Portuguese
20. WhatsApp Messages between Petitioner and Respondent 2023-2023 – English Translation
21. Audio Recording dated March 25, 2025 – Petitioner Strategy to Move to U.S.
22. Transcript of Audio Recording dated March 2025, 2025 – Petitioner Strategy to Move to U.S.

23. Video 1- Petitioner throwing Respondent's Clothes
24. Video 2 – Petitioner throwing Respondent's Items
25. All of Petitioner's Exhibits
26. Any exhibit necessary for rebuttal or impeachment

Dated: October 2, 2026.

Respectfully submitted,
**Andrea C. Passarini, Esq.**
Counsel for Respondent
**Andrea C. Passarini, Esq.**
Florida Bar No. 1025868
17 SE 24th Ave.
Pompano Beach, FL 33062
Tel: (305) 833-8786
Aapassarini@passarinilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this day served all the parties in this case in accordance with the directive from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

## CERTIFICATE OF FONT AND POINT SELECTION

I HEREBY CERTIFY that the foregoing was prepared with 1 ¼ inch margins and in Times New Roman font in 12-point type in compliance with Local Rule 1.05

Respectfully submitted,
**Andrea C. Passarini, Esq.**
Counsel for Respondent
Andrea C. Passarini, Esq.
Florida Bar No. 1025868
17 SE 24th Ave.
Pompano Beach, FL 33062
Tel: (305) 833-8786
Aapassarini@passarinilaw.com