IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-CV-61261-ARTAU/AUGUSTIN-BIRCH

MAURICIO ORNELAS FRANCA,

Petitioner,

v.

ALINE FERNANDEZ ORNELAS,

Respondent.
_____________________________________/

**NOTICE OF FILING IN RESPONSE TO ECF NO. 43**

Respondent, ALINE FERNANDEZ ORNELAS, by and through undersigned counsel, pursuant to the Court's Sua Sponte Order Requiring Interpreter Certifications [DE 43] and states:

1. Respondent intends to use interpreter Sarah Seramur.

2. Attached hereto is a Certificate of Translation that contains Ms. Seramur's qualifications.

3. Ms. Seramur has been qualified in the Southern District previously and has been utilized as a Certified Translator from Portugues to English and vice versa numerous times in the past. In addition, Ms. Seramur has previously interpreted in the instant matter.

Dated: October 2, 2026.

Respectfully submitted,

By: /s/ *Andrea Passarini, Esq.*

Andrea Passarini, Esq.
Florida Bar No.: 1025868
Passarini Law, PLLC.
17 SE 24th Avenue
Pompano Beach, FL 33062
Telephone: (720) 369-8289
E-mail: apassarini@passarinilaw.com
Secondary E-mail: passariniadv@gmail.com
Attorney for Respondent

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to Michael B. Cohen, Esq., Michael B. Cohen, P.A., 6400 N. Andrews Ave., Suite 505, Fort Lauderdale, FL 33309, Counsel for Petitioner.

By: /s/ *Andrea Passarini, Esq.*
Andrea Passarini, Esq.

**PORTUGUESE TRANSLATION SERVICES INC.**
1321 SE 4th Street
DEERFIELD BEACH, FL 33441
(954) 397-2485
Tradutora.florida@gmail.com
License #: P18000062043

## Certificate of translation

State of Florida
Orange County

I, **SARAH FARIA SERAMUR**, President of Portuguese Translation Services Inc., certify, before a notary public in and for the State of Florida at large, that the attached document is a true and accurate translation of a Whatsapp Conversation Thread.

I also certify that I am fluent and proficient in the aforementioned languages, that I currently hold a valid business license with and for the State of Florida to conduct translation services, and that I am an active member of the American Translator's Association.

______________________________

**SARAH FARIA SERAMUR**
***ATA MEMBER ID #: 270793***
***PORTUGUESE TRANSLATION SERVICES INC.***
***ATA MEMBER ID #: 270723***
*1321 SE 4th Street*
*DEERFIELD BEACH, FL 33441*
*(954) 397-2485*
*Tradutora.florida@gmail.com*

The foregoing instrument was sworn and subscribed before me through remote online notarization on this 2nd day of October, 2026 by Sarah Faria Seramur who produced a U.S. Passport as identification.

Notarized online using audio-video communication technology

Sophie Effy Vazquez

Notary Public

ELECTRONIC NOTARY PUBLIC
STATE OF FLORIDA

Sophie Effy Vazquez
Electronic Notary Public
State of Florida
Commission #: HH 365402
Commission Expires: 03/24/2027